Pursuant to a motion filed by the defendants on November 27, 2001, to dismiss *Page 554 
the actions or, in the alternative, to transfer venue, the trial court for the Bessemer Division transferred case no. 1011467 to the Tuscaloosa Circuit Court on December 26, 2001.
On January 23, 2002, Sarah June Adams, the plaintiff in case no. 1011467, filed a motion in the Jefferson Circuit Court, Bessemer Division ("Bessemer Division"), to reconsider the transfer of the action to the Tuscaloosa Circuit Court, and on March 15, 2002, the Bessemer Division trial court entered the following order: "Motion to reconsider is granted and case is not transferred."
Whether the Bessemer Division trial court had the power to set aside its order transferring the case is a concern of mine. SeeEx parte MedPartners, Inc., 820 So.2d 815, 821 (Ala. 2001). However, even if the Bessemer Division trial court did not have such power, a petition for a writ of mandamus directed to the transferor court (in this case the Bessemer Division) is the proper procedure to challenge the trial court's granting of the motion to reconsider and the trial court's refusal to transfer. Since the majority opinion holds that the petition in this case should be granted, I concur.